

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00309-CV

———————————————

IN RE JOSE M. PORTALATIN AND LEWIS BROOKS MCKENZIE, PHD,
Relators

---

Original Proceeding
Tarrant County, Texas

---

Before Sudderth, C.J.; Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relators' Emergency Petition for Writ of Mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition is denied.[1]

Per Curiam

Delivered: July 1, 2025

---

[1]Relators' Motion for Leave to File Emergency Writs of Mandamus and Prohibition is denied as moot.